AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court

**for the**
**Western District of New York**

**United States of America**

**v.**

**RASHAD RABAH,**

*Defendant*

**Case No. 26-MJ-4002**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **RASHAD RABAH,** who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

**There is probable cause to believe that RASHAD RABAH, knowingly violated Title 18, United States Code, Sections 2251(a) (Production of Child Pornography), 2252A(a)(2)(A) (Receipt of Child Pornography), and 2252A(a)(5)(B) (Possession of Child Pornography).**

Date: January 12, 2026

Colleen D. Holland
*Issuing officer's signature*

City and State: Rochester, New York

COLLEEN D. HOLLAND
U.S. Magistrate Judge
*Printed name and Title*

**Return**

This warrant was received on *(date)* ~~01/22/2026~~ 01/12/2026 CMS, and the person was arrested on *(date)* 01/22/2026
at *(city and state)* ________________.

Date: 01/22/2026

[signature]
*Arresting officer's signature*

Christa Snyder, SA FBI
*Printed name and title*