UNITED STATES DISTRICT COURT
FILED
AUG 24 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

RASHAD RABAH,

Defendant.

26-CR-6055-MAV

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. §§ 2252A(a)(2)(A)

**COUNT 1**

**The United States Attorney Charges That:**

Between on or about April 1, 2022, and on or about August 7, 2025, in the Western District of New York, the defendant, RASHAD RABAH, did knowingly receive child pornography as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).**

**FORFEITURE ALLEGATION**

**The United States Attorney Alleges That:**

Upon conviction of the offense alleged in Count 1 of this Information, the defendant, RASHAD RABAH, shall forfeit to the United States of America any property which contains a visual depiction of child pornography, pursuant to Title 18, United States Code, Section 2253(a)(1), and any and all property, real and personal, used or intended to be used to commit or to promote the commission of such offense, pursuant to Title 18, United States Code,

Section 2253(a)(3), and all property traceable to such property, including but not limited to the following:

a. One iPhone 16 Pro Max; Serial# H6371H7L9W;

b. One iPhone 16 Plus; Serial# G7RV7XN6LJ;

c. One iPhone 16 Pro Max; Model# A3084; Serial # HQ9HF9DGD7;

d. One Apple iMac Desktop; Model # A1419; Serial # G02R23NAGG7J;

e. One iPad Pro 6th Generation; Model # A2764; Serial # CTQYGP7990;

f. One MacBook Pro; Serial # GX9R2Y12CP;

g. One Olympus Digital Camera; Model# STYLUS-7030; Unique ID# J5U206468; and

h. One SONY PlayStation 5; Model # CFI-1215A; Serial E32801E3X10866048.

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

Dated: Rochester, New York, August 24, 2026

MICHAEL DIGIACOMO
United States Attorney

BY: KYLE P. ROSSI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585/263-6760
kyle.rossi@usdoj.gov